UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                              Case No. 21-30415
                                              Originating No.21-101

**JASON DARNELL SMITH,**

      Defendant.
_____/

**<u>GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF</u>**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **JASON DARNELL SMITH,** to answer to charges pending in another federal district, and states:

    1. On **August 30, 2021,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **District of Hawaii based on a Superseding Indictment**. Defendant is charged in that district with violation of **21 USC Sections 846 and 841(a)(1) – Conspiracy to Possess with Intent to Distribute Methamphetamine, Heroin and Fentanyl and Distribution of Controlled Substances.**

2.  Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

SAIMA MOHSIN
Acting United States Attorney

s/Ryan Particka
RYAN PARTICKA
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: August 31. 2021